**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN STEPHENS,**

    **Plaintiff,**

v.                                                                                  Case No.  8:06-cv-2299-T-30MSS

**LOUISVILLE LADDER, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court on March 24, 2008, at a hearing on Defendants' Motion in Limine to Exclude Plaintiff's Experts (Dkt. #40), Defendants' Notice of Evidentiary Submissions (Dkt.42), Plaintiff's Memorandum in Opposition to Defendants' motion In Limine (#44), and Plaintiff's Notice of Filing Evidentiary Submissions (Dkt. #45). The Court, having considered the motion, response, memoranda, exhibits, oral argument, and being otherwise advised in the premises, concludes that Defendants' motion should be granted in part and denied in part for the reasons stated on the record.

Dr. Oren Masory's testimony, opinions, and report are excluded from this case. Dr. Monlin Kuo's testimony, opinions, and report shall be allowed.

It is therefore ORDERED AND ADJUDGED that:

Defendants' Motion in Limine to Exclude Plaintiff's Experts (Dkt. #40) is **GRANTED IN PART AND DENIED IN PART** as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-2299.mt lim 40.wpd