**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN STEPHENS,**

    **Plaintiff,**

**v.**                                                          Case No.  8:06-cv-2299-T-30MSS

**LOUISVILLE LADDER, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Bifurcate Trial to Try Liability and Damages Separately (Dkt. 51), and Defendants' Opposition to the same (Dkt. 53).  On Apil 9, 2008, the Court heard further argument from the parties on the issue of bifurcation.  Plaintiff stipulated that no medical witnesses would be called at the liability stage should bifurcation be granted.  The Court, having reviewed the Motion, Opposition, arguments of counsel, and being otherwise fully advised in the premises, determines that for reasons of judicial economy, Plaintiff's motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Bifurcate Trial to Try Liability and Damages Separately (Dkt. 51) is **GRANTED**.

2. This lawsuit shall be bifurcated, for purposes of trial, into two phases: (a) first, an initial liability phase in order to determine whether Defendants are liable in

strict liability or negligence for Plaintiff's injuries; and (b) if necessary, a subsequent damages phase.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-2299.mt bifurcate.frm