**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOHN STEPHENS,

    Plaintiff(s),

v.                                       CASE NO:  8:06-cv-2299-T-30MSS

LOUISVILLE LADDER, INC., et al.,

    Defendant(s).
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Amended Motion for Permission to Bring Certain Electronic Equipment into the Courthouse for Trial (Dkt. #80), filed as an exception to the Local Rules of this Court.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Said Motion is GRANTED.

2.     Attorneys **JOSHUA T. CHILSON and BRYAN D. CAULFIELD** shall be allowed to bring the following item(s)/equipment into Courtroom #13A for the duration of the trial scheduled in the above referenced case:

    A.     HP Pavillion ZE4400 laptop computer with Serial Number CNF3260ZDF;

    B.     Any associated power cables, extension cords and mouse;

    C.     HTC PPC 6800 Smart cellular telephone with Serial Number HT727FC00803 for Joshua T. Chilson's use;

      D.     Motorola cellular telephone with Serial Number 1HDT66HIC-1 EE3 for Qibaret Ismaili's use; and

      E.     Cellular telephone - Blackberry Curve 8310 Model number RBN41GW and Squ #: 64768 for Bryan D. Caulfield's use.

Said trial will commence on **MONDAY, MAY 19, 2008, at 9:00 A.M.** and is expected to last three (3) days.

Counsel will also be allowed to bring these items into the courthouse for purposes of testing the equipment in the courtroom.

3. No printers shall be allowed.

4. Cell phones shall be kept in the "vibrate" or "silent" mode and may be used only outside the courtroom. No photographs shall be taken inside of the Courthouse at any time.

5. The attorney(s)/person(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Tampa, Florida on May 14, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Court Security Officer - Front Desk

*S:\Odd\2006\06-cv-2299.electronics 80.wpd*