UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN STEPHENS

    Plaintiff,

v.                                     Case No. 8:06-cv-2299-T-30MSS

LOUISVILLE LADDER, INC.,
LOUISVILLE LADDER GROUP, LLC
and DAVIDSON MANUFACTURING

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants, Louisville Ladder, Inc., Louisville Ladder Group, LLC and Davidson Manufacturing and against Plaintiff, John Stephens.

Date: May 22, 2008                                  SHERYL L. LOESCH, CLERK

                                                          By: S. Boswell, Deputy Clerk